39 A.3d 989

**Terry SERRANT, Appellant**

v.

**The PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of February, 2012, the above captioned appeal is quashed for failure to file a brief.